IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JONATHAN D.**

    Plaintiff,

    v.

**Commissioner of Social Security**,

    Defendant.

_____

1:24-cv-00699-YY

ORDER FOR EAJA ATTORNEY FEES

    Based upon the stipulation of the parties, Plaintiff is here by awarded **$9,000.00** in fees under the EAJA. Under Astrue v. Ratliff, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this Court belong to the Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). Any EAJA fees should therefore be awarded to Plaintiff and not to Plaintiff's attorney. If, after receiving the Court's EAJA fee order, the Commissioner (1) determines that Plaintiff has assigned his right to EAJA fees to his attorney; (2) determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and (3) agrees to waive the requirements of the Anti-Assignment Act, then the EAJA fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney at the following address: Alan Stuart Graf, Attorney, 825 Merrimon Ave, Ste C, PMB # 354, Asheville, NC 28804.

ORDER FOR EAJA FEES-1

It is so ORDERED

Dated this  29th day of July, 2025

                                                            /s/ Youlee Yim You
                                                      U.S. Magistrate Judge

Prepared as to form

/s/ Alan Graf
Attorney for Plaintiff

ORDER FOR EAJA FEES-2